WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jessica Caballero,                      )     No.   CV-17-02321-PHX-SPL
                                        )
                Plaintiff,              )
                                        )     **ORDER**
vs.                                     )
                                        )
HealthTech Resources Inc.,              )
                                        )
                Defendant.              )
                                        )
_____ )

On February 20, 2017, Plaintiff brought a complaint in the United States District Court for the Western District of Pennsylvania for violations of the Fair Labor Standards Act of 1938 ("FLSA") and the Pennsylvania Minimum Wage Act of 1968 ("PMWA"). (Doc. 1.) On July 7, 2017, the case was transferred to this Court. (Doc. 32.) The parties have notified the Court that they have reached a final settlement that resolves this action and have filed a joint motion requesting that the Court approve their settlement agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015). Having considered the parties' filings, and finding that the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED:**

1.    That the parties' Joint Motion to Approve Settlement Agreement and Award of Attorneys' Fees and Costs (Doc. 77) is **granted**;

2. That the Court **approves** the parties' Settlement Agreement (Doc. 77, Ex. 1), including the approval of the *cy pres* recipient, Community Legal Services;

3. That the request by Plaintiff's attorney for its fees and for reimbursement of costs and expenses in the amount of **$55,000**,

4. pursuant to 29 U.S.C. § 216(b), is **approved**;

5. That the request of a **$2500** service award to Plaintiff Caballero is **approved**;

6. That this action is **dismissed with prejudice**; and

7. That the Clerk of Court shall terminate this case accordingly.

Dated this 15th day of October, 2018.

Honorable Steven P. Logan
United States District Judge